COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Martin Felts v. The State of Texas

Appellate case number:       01-21-00545-CR

Trial court case number:     250807

Trial court:                 County Court at Law No. 1 of Brazoria County

This case was abated and remanded to the trial court for the trial court to execute an amended certification of appellant's right to appeal. On April 22, 2022, the trial court clerk filed a supplemental clerk's record in this Court, containing a certification that appellant has the right to appeal. Accordingly, we **REINSTATE** this case on the Court's active docket.

Because we treat the briefs filed below as the briefs on appeal, this case is now at issue and ready to be set for submission. *See* TEX. GOV'T CODE § 30.00027(b).

Judge's signature: _____/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: __April 28, 2022____